```
____FILED              ____RECEIVED
____ENTERED            ____SERVED ON
                       COUNSEL/PARTIES OF RECORD

         AUG 2 5 2020

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Prepaid Ventures, Ltd et.al.

         Plaintiff(s),

vs.

Paul Compton, Pablo Garcia, et.al.,

         Defendant(s).

Case # 2:20-ms-00043

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Michael E. Zapin_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Law Offices of Michael E. Zapin_____
(firm name)

with offices at _____20283 State Road 7, Suite 400_____,
(street address)

_____Boca Raton_____, _____Florida_____, _____33498_____,
(city)                      (state)                    (zip code)

_____561-367-1444_____, _____michaelEzapin@gmail.com_____.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Freebird Payment Solutions, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____May 2007_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Florida_ ▼
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Florida Supreme Court | May 15, 2007 | 0037264 |
| USDC Southern District of Florida | Jan 11, 2008 | 0037264 |
| U.S. SUPREME COURT | October 1, 2018 | |
| NY Appellate Div Supreme Court 2d Dept. | Jan 29, 1992 | 2461770 |
| USDC EDNY | 1993 | 2461770 |
| USDC SDNY | 1993 | 2461770 |
| Ninth Circuit Court of Appeals | 3/21/2017 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State " none " if Petitioner has never been denied admission.) NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

NYS BAR ASSOCIATION; FLORIDA BAR ASSOCIATION

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Florida
COUNTY OF Palm Beach

___Michael E. Zapin___, Petitioner, being first duly sworn, deposes and says That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 26th day of August, 2020.

_____
Notary Public or Clerk of Court

PREPETIT JOSEPH
Notary Public - State of Florida
Commission # HH 025787
My Comm. Expires Aug 26, 2024
Bonded through National Notary Assn.

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___William A. Gonzales___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Howard & Howard, 3800 Howard Hughes Pkwy., Ste. 1000___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city) (state) (zip code)

___702.257.1483___, ___wag@h2law.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ William A. Gonzales _____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Elizabeth Gross Kitrosser, CEO Freebird Pymt Solutions
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

15230                   wgao@h2law.com
Bar number              Email address

APPROVED:

DATED this 10th day of September, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 0037264
Michael Eliot Zapin
20283 State Road 7 Ste 400
Boca Raton, FL 33498-6904

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 30, 2007**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 7th day of **August, 2020**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-96698

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS071543
Cashier ID: rtanker
Transaction Date: 08/25/2020
Payer Name: Michael Zapin

PRO HOC VICE
 For: Michael Zapin
 Case/Party: D-NVX-2-20-AT-000001-001
 Amount:        $250.00

CHECK/MONEY ORDER
 Remitter: Michael Zapin
 Check/Money Order Num: 8698
 Amt Tendered: $250.00

Total Due:       $250.00
Total Tendered:  $250.00
Change Amt:      $0.00

20ms43

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```